No. 93–9622. TRUJILLO-ACOSTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9623. TRANTINO *v.* ROTHSTEIN. Sup. Ct. Conn. Certiorari denied.

No. 93–9624. BATTEN *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 93–9625. SCOTT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–9626. BUCKLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9627. ABDULLAH *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 93–9628. BROWN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–9629. BANIC *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9631. BISBY *v.* ZENON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 93–9632. BAKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9633. THOMPSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9634. SAMSON *v.* THOMPSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 93–9635. BASS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9636. BRAY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9637. BRADLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.